NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DISTRIBUTED SOLUTIONS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**COMPUSEARCH SOFTWARE SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2012-5129

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-274, Judge George W. Miller.

---

**ON MOTION**

---

**ORDER**

DISTRIBUTED SOLUTIONS, INC. V. US                                    2

Upon consideration of Compusearch Software Systems, Inc.'s unopposed motion for leave to file an appendix to its response to Distributed Solutions, Inc.'s motion for an injunction pending appeal and/or for expedited consideration of the appeal,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s23